**Lawrence F. GLASER, individually and on behalf of Kimberly, Erin, Hannah and Benjamin Glaser, Plaintiff—Appellant,**

**and**

**Maureen Glaser, individually and on behalf of Kimberly, Erin, Hannah and Benjamin Glaser, Plaintiff,**

**v.**

**ENZO BIOCHEM, INCORPORATED; Heiman Gross; Barry Weiner; Elazar Rabbani; Sharim Rabbani; John Delucca; Dean Engelhardt, Defendants—Appellees,**

**and**

**Richard Keating; Doug Yates; John Doe, 1–50, Defendants.**

**No. 11–1439.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 4, 2011.

(2006).

Lawrence F. Glaser, Appellant Pro Se.
Donald Howard Chase, Morrison & Cohen,
LLP, New York, New York; Robert Richardson Vieth, Cooley, Godward & Kronish,
LLP, Reston, Virginia, for Appellees.

Before KING, GREGORY, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lawrence F. Glaser appeals the district
court's order denying his motion for reconsideration under Fed.R.Civ.P. 60 and motion for sanctions, which were filed in his
civil action. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Glaser v. Enzo Biochem,
Inc.*, No. 1:02–cv–01242–GBL (E.D.Va.
Apr. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*